FILED
2012 Oct-01  PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADFORD COPELAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| PORTFOLIO RECOVERY | ) 2:12-CV-2629 |
| ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Bradford Copeland ("Plaintiff") and Defendant Portfolio Recovery Associates, LLC ("PRA"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against PRA in the above-styled action, with Plaintiff and PRA to bear their own fees, costs and expenses.

Respectfully submitted this ___1___ day of October, 2012.

_____
John G. Watts
M. Stan Herring

Attorneys for Plaintiff
BRADFORD COPELAND

2036804 v1

**OF COUNSEL:**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 879-2447
john@wattsherring.com
stand@wattsherring.com

_____
R. Frank Springfield (SPR024)

Attorney for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringf@burr.com